
## (12) United States Design Patent
### Zore

(10) Patent No.: **US D1,048,860 S**
(45) Date of Patent: ∗∗ **Oct. 29, 2024**

(54) **WALL MOUNT**

(71) Applicant: **ICON Worldwide Pty Ltd**, Malvern (AU)

(72) Inventor: **Mathew Zore**, Malvern (AU)

(73) Assignee: **ICON Worldwide Pty Ltd**, Malvern (AU)

(∗∗) Term: **15 Years**

(21) Appl. No.: **29/874,400**

(22) Filed: **Apr. 19, 2023**

(30) **Foreign Application Priority Data**

Oct. 19, 2022 (AU) .................................. 202216151

(51) **LOC (14) Cl.** ............................................. **11-05**
(52) **U.S. Cl.**
  USPC .......................................................... **D8/351**
(58) **Field of Classification Search**
  USPC ........... D6/316, 323; D8/305, 351; D11/157, D11/160; D20/29
  CPC ......... A61F 2/588; B25J 15/08; B25J 15/083; B25J 15/086; B25J 15/10; B25J 15/103; B25J 15/106; B25J 15/12
  See application file for complete search history.

(56) **References Cited**

U.S. PATENT DOCUMENTS

| 50,014 | A | ∗ | 9/1865 | Lindsay | A61F 2/588 |
|---|---|---|---|---|---|
| | | | | | 623/57 |
| D409,662 | S | ∗ | 5/1999 | Ho | D11/160 |
| D430,087 | S | ∗ | 8/2000 | Schumacher | D8/305 |
| D598,499 | S | | 8/2009 | Capriola | |
| D691,827 | S | | 10/2013 | Gilbert | |
| D773,957 | S | ∗ | 12/2016 | Greer | D11/131 |
| D814,807 | S | ∗ | 4/2018 | Fierer | D6/316 |
| D883,386 | S | ∗ | 5/2020 | Lawhon | D11/160 |
| D908,529 | S | ∗ | 1/2021 | Woods | D11/182 |
| D909,476 | S | ∗ | 2/2021 | Lawhon | D11/160 |
| D961,452 | S | ∗ | 8/2022 | Lawhon | D11/160 |
| D1,009,370 | S | ∗ | 12/2023 | Foster | D28/63 |
| 2005/0261784 | A1 | ∗ | 11/2005 | Erb | A61F 2/583 |
| | | | | | 81/177.1 |
| 2022/0287853 | A1 | ∗ | 9/2022 | Ren | B25J 13/088 |

FOREIGN PATENT DOCUMENTS

| AU | 099078 | 12/1987 |
|---|---|---|
| AU | 104876 | 8/1989 |
| AU | 122230 | 12/1994 |
| AU | 123965 | 7/1995 |

(Continued)

OTHER PUBLICATIONS

ADS Search Report for AUS-DESIGNS dated May 15, 2023, 27pages.

(Continued)

*Primary Examiner* — Richard Kearney
*Assistant Examiner* — Benjamin M Weeks
(74) *Attorney, Agent, or Firm* — TraskBritt

(57) **CLAIM**

The ornamental design for a wall mount as shown and described.

**DESCRIPTION**

FIG. **1** is a top, left, perspective view of the design;
FIG. **2** is a bottom, left, perspective view thereof;
FIG. **3** is a front view thereof;
FIG. **4** is a rear view thereof;
FIG. **5** is a right-side view thereof;
FIG. **6** is a left-side view thereof;
FIG. **7** is a top view thereof; and,
FIG. **8** is a bottom view thereof.
The broken lines shown in the drawings illustrate portions of the article and form no part of the claimed design.

**1 Claim, 5 Drawing Sheets**



EXHIBIT "A"

(56) **References Cited**

FOREIGN PATENT DOCUMENTS

| | | |
|---|---|---|
| AU | 124785 | 10/1995 |
| AU | 138322 | 8/1999 |
| AU | 156353 | 9/2004 |
| AU | 320275 | 7/2008 |
| AU | 320428 | 7/2008 |
| AU | 321563 | 10/2008 |
| AU | 350253 | 8/2013 |
| AU | 350688 | 9/2013 |
| AU | 358866 | 11/2014 |
| AU | 358902 | 11/2014 |
| AU | 365894 | 12/2015 |
| AU | 201813463 | 7/2018 |
| AU | 201815194 | 10/2018 |
| AU | 201914487 | 11/2019 |
| AU | 202112775 | 7/2021 |
| AU | 202113631 | 8/2021 |
| AU | 202216151 | 12/2022 |
| AU | 202216633 | 4/2023 |
| WO | DM/214141 | 4/2021 |

OTHER PUBLICATIONS

Amazon, Angle Simple Double Towel Hook 2 PCS Stainless Steel Shower Bath Towel Holder Bathroom Robe Hook Modern Wall Hook Matte Black, https://www.amazon.com/Double-Angle-Simple-Stainless-Bathroom/dp/B08XNFNHF3/ref=sr_1_55?crid=2TI3JNAAXR20Q&keywords=robe%252&th=1, Feb. 27, 2021.
Amazon, Angle Simple Towel Hook Black Gold Stainless Steel Bathroom Towel Holder Round Clothing Robe Hook Wall Mount Amazon.com.au Home Improvement; https://www.amazon.com.au/Angle-Simple-Stainless-Bathroom-Clothing/dp/B08ZJ5ZRHP?th=1, Mar. 19, 2021.
Amazon, Moen YB0402BN Align Modern Double Swivel Robe Hook, https://www.amazon.com/Moen-YB0402BN-Align-Brushed-Nickel/dp/B00IJHNBB6/ref=sr_1_7?crid=1RT4ZCTB2HBSO&keywords=bankston%252&th=1, Feb. 19, 2014.
Amazon, Ninetrex Black Towel Hooks Matte Black Robe Hook Modern Towel Hooks SUS 304 Stainless Steel Heavy Duty Wall Hooks Waterproof for Bathroom Bedroom Entryway Coat mudroom Garage Wall Mounted 4 Pack com, https://www.amazon.com/NINETREX-Black-Stainless-Livingroom-Mounted/dp/B08VF35NMM/ref=sr_1_55?crid=2Y53OZ44T8340&keywords=hand%25.
Amazon.com GESHE Silicone Thumb Hook, https://www.amazon.com/GESHE-Silicone-Thumb-Hook-Multi-Function/dp/B0B7WWXDB3/ref=sr_1_3?crid=142LWWK4LWAIH&keywords=hand+s, Jul. 28, 2022.
Amazon.com Guitar Hanger Guitar Wall Mount Holder Hook Stand String Instruments Wall Hangers Stands Holders Hooks for Acoustic Electric Bass Classical Ukulele GuitarsBlack Musical Instruments, https://www.amazon.com/Instruments-Acoustic-Electric-Classical-Guitars-Black/dp/B08C26PBSW/ref=sr_1_18?crid=25E9JGAVSBFAY&keywords=guitar+wall+, Feb. 1, 2001.
Amazon.com GuitarGrip Hand Shaped Guitar Hanger Wall Mount Left Male Model in Gold Antique Finish for Electric Acoustic Bass Musical Instruments, https://www.amazon.com/GuitarGrip-Shaped-Guitar-Hanger-Mount/dp/B0898LWDQG, Mar. 27, 2020.
Amazon.com Interior Illusions Peace Sign Hand Wall Hook, https://www.amazon.com/Interior-Illusions-Peace-Sign-Hand/dp/B00YI0X0SW/ref=sr_1_9?crid=142LWWK4LWAIH&keywords=hand+shape, Jan. 10, 2020.
Amazon.com Interior Illusions Plus Hand Dcor, https://www.amazon.com/Interior-Illusions-Hands-Wall-Hook/dp/B00FAS0BXI, Mar. 29, 2018.
Amazon.com Maxvitavela 6 Pack Creative Antlers Coat Hooks Single Wall Hook Hooks Mounted for Coat Bag Towel Key Wall Hook Rack Hanging Coats Bathroom Entryway, https://www.amazon.com/MAXVITAVELA-Creative-Bathroom-Entryway-Decorative/dp/B09YRMH9VZ/ref=sr_1_49?crid=1O7NRCWB9J15S&keywords=wall%2B&th=1, Apr. 25, 2022.
Amazon.com Rustic Weathered Single Black Cast Iron Left Hand, https://www.amazon.com/Interior-Illusions-Hand-Wall-Hook/dp/B00FAS0CGO/ref=sr_1_23?crid=3VDEZQHO7T7VD&keywords=hand+shaped+wall+mount&qid=1684127729&sprefix=hand+shaped+wall+moun%2Caps%2C354&sr=8-23, Mar. 12, 2019.
Amazon.com Umbra Buddy Wall Hooks, https://www.amazon.com/Umbra-Buddy-Wall-Hooks-Decorative/dp/B00EV5DB7E, Aug. 16, 2018.
Australian Search Information Statement (SIS) Designs Examination for Application No. 202216151 dated May 15, 2023, 24 pages.
Facebook, Dog Hook, https://www.facebook.com/MECATRONICALATAM/photos/bc.AbrFdbxChjEMZQmh, Nov. 16, 2020.
Facebook, Horse Hook, https://www.facebook.com/TICBathrooms/photos/bc.AbqmKglun1iM2dJycwtp7Nt, Nov. 24, 2020.
Facebook, Luxury Hooks, https://www.facebook.com/hardwaremahalaxmi/photos/a.2111884728837770/26, Aug. 7, 2018.
Facebook, Multihook, https://www.facebook.com/photo/?fbid=449581992864177&set=bc.AboY_UlcRMEs, Jan. 30, 2021.
Facebook, Prestige Hook, https://www.facebook.com/photo/?fbid=4223099866210000&set=a.354935103358, Jul. 14, 2022.
Facebook, robehook Explore Facebook, https://www.facebook.com/hashtag/robehook, Jun. 13, 2022.
Facebook, Silver hook, https://www.facebook.com/eurotrendSA/photos/bc.AboEPGBGPm7S9E6svhyBO7, Apr. 13, 2018.
Facebook, Tool Shaped Hooks, https://www.facebook.com/MECATRONICALATAM/photos/bc.AbrFdbxChjEMZQmh, Nov. 16, 2020.
Instagram, bathroomhook hashtag on Instagram Photos and videos, Faucet Hooks, https://www.instagram.com/p/CREnBq0lu0E/, Jul. 9, 2021.
Instagram, handshapedhooks on Instagram Hashtags, https://www.instagram.com/p/Cge63FqlJpZ/, Jul. 27, 2022.
Instagram, robehook hashtag on Instagram Photos and videos, https://www.instagram.com/p/CjutD-ZgwUe/, Oct. 15, 2022.
Instagram, uniquewallhooks on Instagram Hashtags, https://www.instagram.com/p/CEMhUAOjlIF/, Aug. 23, 2020.
Instagram, uniquewallhooks on Instagram Hashtags, https://www.instagram.com/p/CGI9r-nAlZt/, Dec. 10, 2020.
Instragram, clothinghook hashtag on Instagram Photos and videos, Budha Hook, https://www.instagram.com/p/BxRL9CPlifN/, May 10, 2019.
Youtube, 1 GuitarGrip Hand Shaped Guitar Hangers YouTube, https://www.youtube.com/watch?v=h9H_tMTe-3Y, May 16, 2023.
Youtube, 1 MultiFunction Self Adhesive Creative Silicone Thumbs Up Shaped Wall Hook for Hanging Keys Cables YouTube, https://www.youtube.com/watch?v=FZldeiank8k, Jan. 11, 2022.

* cited by examiner



*FIG. 1*



*FIG. 2*



*FIG. 3*



*FIG. 4*



**FIG. 5**



**FIG. 6**



**FIG. 7**



**FIG. 8**